U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. Atlanta

OCT 27 2020

James N. Hatten, Clerk
By: _____
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2020R00903)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME: Cobb

DISTRICT COURT NO. **1 20-CR-411**

UNDER SEAL

MAGISTRATE CASE NO.

X Indictment  
DATE: October 27, 2020

Information  
DATE:

Magistrate's Complaint  
DATE:

UNITED STATES OF AMERICA
vs.
WILLIAM S. MCDEW

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

**Defendant Information:**

Is the defendant in custody?    Yes   X No
Will the defendant be arrested pending outcome of this proceeding?   X Yes   No
Is the defendant a fugitive?   Yes   X No
Has the defendant been released on bond?   Yes   X No

Will the defendant require an interpreter?   Yes   X No

District Judge:

Attorney: Alana R. Black
Defense Attorney:

## CRIMINAL CHARGES FILED

**Today's Date:** October 22, 2020
**USAO #:** 2020R00903
**Caption:** US v. McDew
**Court Number:** 1 20-CR-411

**Date Charges Filed:** October 27, 2020
**Under Seal?** Yes
**PSN Case:** Yes

FILED IN OPEN COURT
U.S.D.C. Atlanta

OCT 27 2020

James N. Hatten, Clerk
By: _[signature]_
Deputy Clerk

**Charge Type:** Information
**District/Magistrate Judge:**

Felony

### Defendant Information:

| William S. McDew | Praecipe |
|---|---|
| Charge: | Count: |
| 18§922(g)(1) and 924(e) | 1 |
| Charge: | Count: |
| 21§841(a)(1) | 2 and 3 |

### Victim Information:

**Does this matter have victims?** No

**Prepared By:** Tanya Kenner-Bowen
**Attorney:** Alana R. Black, Assistant U.S. Attorney