IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM S. MCDEW | Criminal Information<br><br>No. 1:20-CR-411-AT-AJB |

**SENTENCING INFORMATION ESTABLISHING PRIOR CONVICTION PURSUANT TO 21 U.S.C. § 851**

The United States of America, pursuant to the provisions of Title 21, United States Code, Section 851, alleges and charges that the defendant, William S. McDew – indicted in this case for violating Title 21, United States Code, Section 841(a)(1) – has previously been convicted of a serious drug felony as follows:

Before the defendant, William S. McDew, committed the offense charged in this case, he had been convicted on or about June 18, 2002, in the Superior Court of Cobb County, Georgia, Indictment No. 01-9-4584-42, of two counts of the offense of selling and delivering cocaine in violation of the Georgia Controlled Substances Act, on March 14, 2001 (Count 1) and March 20, 2001 (Count 2). As a result of each of these convictions, the defendant served a term of imprisonment of more than 12 months, and the defendant's release from each of those terms of imprisonment was within 15 years of the commencement of the instant offense. Copies of the Charging Document (Exhibit A) and the Sentences (Exhibit B) are attached hereto.

These prior convictions are alleged and will be relied upon by the United States of America for the purpose of invoking the enhanced punishment

provisions of Title 21, United States Code, Section 841(b)(1)(B)(viii) as to any sentence imposed upon the defendant upon his conviction of the charges contained in the present case.

The Government hereby reserves the right to amend this information as may be necessary.

This 17th day of February, 2022.

KURT R. ERSKINE
 *United States Attorney*

*Alana R. Black*

ALANA R. BLACK
 *Assistant United States Attorney*
Georgia Bar No. 785045

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

**Exhibit A**

JUDGE GRUBBS MCS

RE: Warrant(s)
01W3080

## GENERAL BILL OF INDICTMENT

WITNESSES     NO. 014584
               COBB SUPERIOR COURT

R. Drew-MCS

SEPTEMBER/OCTOBER TERM 2001

THE STATE OF GEORGIA
V.
WILLIAM MCDEW

===================================
          TRUE BILL
          OCT 18, 2001

*[signature]*
Grand Jury Foreperson
Delivered in open Court by:

*[signature]*
Grand Jury Bailiff
===================================
JAY C. STEPHENSON, Clerk, S. C.
===================================
**PATRICK H. HEAD, District Attorney**

---

| | |
|---|---|
| The Defendant herein waives copy of indictment, list of witnesses, formal arraignment and pleads _____ Guilty. | The Defendant herein waives copy of indictment, list of witnesses, formal arraignment and pleads _____ Guilty. |
| Defendant | Defendant |
| Attorney for Defendant | Attorney for Defendant |
| Assistant District Attorney | Assistant District Attorney |

Filed in Office Oct-19-2001 02:06pm
COBB COUNTY Ga.
ID# 2001-011414 2-CR
By J.C. Stephenson
Clerk of Superior Court Cobb Cty, Ga.
Page 1

GEORGIA COBB COUNTY
I HEREBY CERTIFY THE WITHIN AND FOREGOING TO BE A TRUE, CORRECT AND COMPLETE COPY OF THE ORIGINAL THAT APPEARS ON RECORD.
CASE No 014584   IN THIS OFFICE
THIS ___ DAY OF Aug 20 20
DEPUTY CLERK COBB COUNTY COURT
COBB COUNTY, GEORGIA

STATE OF GEORGIA, COUNTY OF COBB

IN THE SUPERIOR COURT OF SAID COUNTY

THE GRAND JURORS selected, chosen and sworn for the County of Cobb, to wit:

| | |
|---|---|
| Timothy Fredrick Rodgers-Foreperson | Kim Enid Fontenot |
| Richard J. Thaxton, II-Asst. Foreperson | Ellen D. Hodgkin |
| Kenneth A. Newkirk-Secretary | Tiffany Sue Clark |
| Aubrey A. Johnson | Nancy C. Spetnagel |
| David O. Blassingame | Byron Patrick Balint |
| Gayle M. Hunton | Alan I. Klevens |
| Annette Bleecker Pearson | Alan David Hooper |
| Eleanor M. McGuire | Steven Edward Harris |
| Nancy K. Levy | Robert Daniel Davenport |
| Paula Casorio Ryan | Brian Lee Clark |
| Dawn Ellen Workinger | Leona Michell Peabody |
| Julia A. Mitchell-Alt #1 | Edward T. Bly |
| Amanda Michelle Culver-Alt #2 | |

in the name and behalf of the citizens of Georgia, charge and accuse **WILLIAM MCDEW** with the offense of **VIOLATION OF THE GEORGIA CONTROLLED SUBSTANCES ACT** for that the said accused, in the County of Cobb and State of Georgia, on the **14TH** day of **MARCH, 2001**, did knowingly and unlawfully sell and deliver a controlled substance, to wit: Cocaine, in violation of the Georgia Controlled Substances Act; the cocaine herein not being the same cocaine as in any other count in this indictment; contrary to the laws of said state, the good order, peace and dignity thereof.

ID# 2001-01141142-CR
Page 2

## COUNT TWO

and the Grand Jurors, aforesaid, in the name and behalf of the citizens of Georgia, further charge and accuse **WILLIAM MCDEW** with the offense of **VIOLATION OF THE GEORGIA CONTROLLED SUBSTANCES ACT** for that the said accused, in the County of Cobb and State of Georgia, on the 20TH day of MARCH, 2001, did knowingly and unlawfully sell and deliver a controlled substance, to wit: Cocaine, in violation of the Georgia Controlled Substances Act; the cocaine herein not being the same cocaine as in any other count in this indictment; contrary to the laws of said state, the good order, peace and dignity thereof.

## COUNT THREE

and the Grand Jurors, aforesaid, in the name and behalf of the citizens of Georgia, further charge and accuse **WILLIAM MCDEW** with the offense of **OBSTRUCTION OF OFFICER** for that the said accused, in the County of Cobb and State of Georgia, on the 20TH day of MARCH, 2001, did knowingly and willfully resist, obstruct, and oppose Agent J. A. Darin, a law enforcement officer in the lawful discharge of his official duties by offering and doing violence to the person of said officer; contrary to the laws of said state, the good order, peace and dignity thereof.

PATRICK H. HEAD, District Attorney 

**Exhibit B**

# IN THE SUPERIOR COURT OF COBB COUNTY, GEORGIA

Filed in Office Jun-19-2002 01:52pm
COBB COUNTY GA.
ID# 2002-0069157-CR
Page 1

Jay C. Stephenson
Clerk of Superior Court Cobb Cty. Ga.

CRIMINAL ACTION NO. 01-9-4584-42
WARRANT NO. 01 W 3080

The State

vs

William McDew

OFFENSE(S): (1) VGCSA  (2) VGCSA  (3) Obstruction of Police Officer

- [X] PLEA  [ ] NON-JURY  [ ] JURY  [ ] VERDICT
- [ ] NEGOTIATED  NON-NEG
- [X] GUILTY ON COUNT(S) 1, 2, 3  Credit for time served pursuant to jailers affidavit
- [ ] NOLO CONTENDERE ON COUNT(S) ___
- [ ] TO LESSER INCLUDED
- ON COUNT(S) ___
- OFFENSE(S) ___
- [ ] GUILTY ON COUNT(S) ___
- [ ] NOT GUILTY ON COUNT(S) ___
- [ ] GUILTY OF LESSER INCLUDED
- [ ] OTHER DISPOSITION
- [ ] NOLLE PROSEQUI ORDER ON COUNT(S) ___
- [ ] DEAD DOCKET ORDER ON COUNT(S) ___
- [ ] MERGED COUNT(S) ___

[X] FELONY SENTENCE   [ ] MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that the said defendant hereby sentenced to confinement for a period of **twenty (20) years**

In the State Penal System or such other institution as the Commission of the State Department of Corrections or Court may direct, to be computed as provided by law, HOWEVER, it is further ordered by the Court

1) ~~THAT the above sentence may be served on probation.~~
2) THAT upon service of **ten (10) years** of the above sentence, the remainder of **ten (10) years** may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence. **Pursuant to O.C.G.A. §17-10-7(c)**

## GENERAL AND/OR OTHER CONDITIONS OF PROBATION

1) Do not violate the criminal laws of any governmental unit.
2) Avoid injurious and vicious habits-especially alcoholic consumption/intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
3) Avoid persons or places of disreputable or harmful character.
4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him (her) at home or elsewhere.
5) Work faithfully at suitable employment insofar as may be possible.
6) Do not change his (her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
7) Support his (her) dependants to the best of his (her) ability.

___ 10% Jail Surcharge pursuant to O.C.G.A. 15-21-93
___ Per month Probation Fee not to exceed 60 payments
___ Probation Surcharge pursuant to O.C.G.A. 42-8-34
___ Drug Surcharge 50% pursuant to O.C.G.A. 15-21-100
___ Victim Witness Surcharge 5% pursuant to O.C.G.A. 15-21-131
___ DUI Surcharge pursuant to O.C.G.A. 15-21-110

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of ___ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay victim restitution in the amount of ___ and restitution to the Cobb General Fund for costs for court Appointed Attorney in the amount not to exceed ___. Defendant is to pay all fines, penalty (O.C.G.A. 15-21-70) and restitution as a condition of probation at the rate of $ ___ per month beginning ___ days from ___.

**SEE ADDENDUM "A" FOR SPECIAL CONDITIONS OF PROBATION**

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition of probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

The defendant was represented by the Honorable **Lawrence Diamond** Attorney at Law **DeKalb** County, by (Employment) [X] (Appointment)

Reported By: **Alison Jordan**   By the Court ___ COBB JUDICIAL CIRCUIT ___ 20 ___
~~ASSISTING SUPERIOR COURT JUDGE~~
PER O.C.G.A. 15-1-9.1

So ordered this **18** day of **June**, 20**02**

x **William McDew**
Defendant

**Lawrence E. Diamond**
Defendant's Attorney

Judge, Cobb Superior Court

Assistant District Attorney

ID# 2011-0035996-CR Page 2

IN THE SUPERIOR COURT OF COBB COUNTY, GEORGIA

Filed in Office Jun-19-2002 01:52pm
COBB COUNTY GA.

CRIMINAL ACTION NO. 01-9-4584-42
WARRANT NO. 01W3080

ID# 2002-0069158-CR
Page 1

Jay C. Stephenson
Clerk of Superior Court Cobb Cty. Ga.

**The State**

vs

William McDew

OFFENSE(S):
(1) VGCSA (2) VGCSA
(3) Obstruction of Police Officer

- [x] PLEA
- [ ] NON-JURY
- [ ] JURY
- [ ] VERDICT
- [ ] NEGOTIATED  NON-NEG credit
- [x] GUILTY ON COUNT(S) 2  for time served
- [ ] NOLO CONTENDERE ON COUNT(S)
- [ ] TO LESSER INCLUDED ON COUNT(S)
- [ ] GUILTY ON COUNT(S)
- [ ] NOT GUILTY ON COUNT(S)
- [ ] GUILTY OF LESSER INCLUDED

- [ ] OTHER DISPOSITION
- [ ] NOLLE PROSEQUI ORDER ON COUNT(S)
- [ ] DEAD DOCKET ORDER ON COUNT(S)
- [ ] MERGED COUNT(S)

OFFENSE(S)

- [x] **FELONY SENTENCE**
- [ ] **MISDEMEANOR SENTENCE**

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that the said defendant hereby sentenced to confinement for a period of **twenty (20) years. Ct 2 to be consecutive to count 1**

in the State Penal System or such other institution as the Commission of the State Department of Corrections or Court may direct, to be computed as provided by law, HOWEVER, it is further ordered by the Court

- [x] 1) THAT the above sentence may be served on probation. **Probation to be suspended**
- [ ] 2) THAT upon service of _____ of the above sentence, the remainder of _____ may be served on probation

- [x] **GENERAL AND/OR OTHER CONDITIONS OF PROBATION**

1) Do not violate the criminal laws of any governmental unit.
2) Avoid injurious and vicious habits-especially alcoholic consumption/intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
3) Avoid persons or places of disreputable or harmful character.
4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him (her) at home or elsewhere.
5) Work faithfully at suitable employment insofar as may be possible.
6) Do not change his (her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
7) Support his (her) dependants to the best of his (her) ability.

____ 10% Jail Surcharge pursuant to O.C.G.A. 15-21-93
23.00 Per month Probation Fee not to exceed 60 payments
50.00 Probation Surcharge pursuant to O.C.G.A. 42-8-34
____ Drug Surcharge 50% pursuant to O.C.G.A. 15-21-100
____ Victim Witness Surcharge 5% pursuant to O.C.G.A. 15-21-131
____ DUI Surcharge pursuant to O.C.G.A. 15-21-110

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _____ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay victim restitution in the amount of _____ and restitution to the Cobb General Fund for costs for court Appointed Attorney in the amount not to exceed **$1500.00** Defendant is to pay all fines, penalty (O.C.G.A. 15-21-70) and restitution as a condition of probation at the rate of $ **50.00** per month beginning **90** days from **release**.

SEE ADDENDUM "A" FOR SPECIAL CONDITIONS OF PROBATION

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition of probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

The defendant was represented by the Honorable **Lawrence Diamond** Attorney at Law, **DeKalb** County, by (Employment) (Appointed)

Reported By: **Alison Jordan**   By the Court _____ COBB JUDICIAL CIRCUIT ASSISTING SUPERIOR COURT JUDGE PER O.C.G.A. 15-1-9.1

So ordered this **18** day of **June**, 20 **02**

x William McDew
Defendant

Lawrence E. Diamond
Defendant's Attorney

Judge, Cobb Superior Court

Assistant District Attorney

**Certificate of Service**

The United States Attorney's Office served this document today by filing it via the ECF system, which results in electronic service on defense counsel:

Paul Cognac

February 17, 2022

<u>/s/ Alana R. Black</u>

ALANA R. BLACK
*Assistant United States Attorney*