# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-cr-00411-AT-AJB
## USA v. McDew
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 03/31/2022.

TIME COURT COMMENCED: 10:40 A.M.
TIME COURT CONCLUDED: 11:15 A.M.
TIME IN COURT: 00:35
OFFICE LOCATION: Atlanta

COURT REPORTER: Shannon Welch
CSO/DUSM: 1 CSO
DEPUTY CLERK: Harry Martin

| | |
|---|---|
| DEFENDANT(S): | [1]William S. McDew Present at proceedings |
| ATTORNEY(S) PRESENT: | Alana Black representing USA<br>Paul Cognac representing William S. McDew |
| PROCEEDING CATEGORY: | Change of Plea; |
| PLEADINGS FILED IN COURT: | Guilty Plea and Plea Agreement. Notice of Sentencing. |
| MINUTE TEXT: | Defendant sworn and entered a knowing and voluntary plea of guilty to Count 3 of the Criminal Indictment. CUSM |
| HEARING STATUS: | Hearing Concluded |