SC-6.2 Final Disposition Felony Sentence With Probation

# IN THE SUPERIOR COURT OF PAULDING COUNTY, STATE OF GEORGIA

**STATE OF GEORGIA versus**

William Sampson McDew

**CRIMINAL ACTION #:**

14CR551
JANUARY Term of 20 15

*Clerk to complete if incomplete:*

OTN(s): 88394347193
DOB: 11/15/1978
Ga. ID#: GA2244031H

FILED IN OPEN COURT
3-17-15 @ 10:44 AM
CLERK SUPERIOR COURT
PAULDING COUNTY GEORGIA

**Final Disposition:**
**FELONY with PROBATION**

**First Offender/Conditional Discharge entered under:**
☐ O.C.G.A. § 42-8-60  ☐ O.C.G.A. § 16-13-2
☐ Repeat Offender as imposed below
☐ Repeat Offender waived

**PLEA:**
☒ Negotiated  ☐ Non-negotiated

**VERDICT:**
☐ Jury  ☐ Non-jury

**The Court enters the following judgment:**

| Count | Charge (as indicted or accused) | Disposition (Guilty, Not Guilty, Guilty-Alford, Guilty-Lesser Incl, Nolo, Nol Pros, Dead Docket) | Sentence | Fine | Concurrent/ Consecutive, Merged, Suspended |
|---|---|---|---|---|---|
| 1 | Forgery | Guilty | 10 years serve 2 CTS/RTS | 1,925.00 | |
| 2 | Forgery | Guilty | 10 years cc with Ct.2 | | |
| 3 | Forgery | Guilty | 10 years cc with Ct.1 & Ct.2 | | |
| 4 | Theft By Taking | Nol Pros | | | |

The Defendant is adjudged guilty or sentenced under First Offender/Conditional Discharge for the above-stated offense(s); the Court sentences the Defendant to confinement in such institution as the Commissioner of the State Department of Corrections may direct, with the period of confinement to be computed as provided by law.

**Sentence Summary:** The Defendant is sentenced for a total of <u>10 years Serve 2 years CTS/RTS</u>, ☐ with the first _____ to be served in confinement and the remainder to be served on probation; or ☐ to be served on probation.

The Defendant is to receive credit for time served in custody: ☐ from _____; or ☐ as determined by the custodian.

☐ 1. The above sentence may be served on probation provided the Defendant shall comply with the Conditions of Probation imposed by the Court as part of this sentence.

☐ 2. Upon service of _____, the remainder of the sentence may be served on probation; PROVIDED, that the Defendant shall comply with the Conditions of Probation imposed by the Court as part of this sentence.

☐ 3. The Court sentences the Defendant as a recidivist under O.C.G.A.:

Page 1 of 4

NOTE: *May be used to continue any final disposition form when needed*

## IN THE SUPERIOR COURT OF PAULDING COUNTY, STATE OF GEORGIA

STATE OF GEORGIA versus

___William McDew_____

**CRIMINAL ACTION #:**

__14CR551_____

____January_____ Term of 2015_____

**Final Disposition:**
**CONTINUATION OF SENTENCE**

**The Court enters the following judgment:**

| Count | Charge (as indicted or accused) | Disposition (Guilty, Not Guilty, Guilty-Alford, Guilty-Lesser Incl, Nolo, Nol Pros, Dead Docket) | Sentence | Fine | Concurrent/ Consecutive, Merged, Suspended |
|---|---|---|---|---|---|
| 5 | Violation of Racketeer Influenced and Corrupt Organizations | Nol Pros | | | |
| 6 | Violation of Racketeer Influenced and Corrupt Organizations | Nol Pros | | | |
| 7 | Forgery in the Second Degree | Nol Pros | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |

**SO ORDERED** this ____17th_____ day of _____March_____, 2015.

_____
Judge of Superior Court
Paulding Judicial Circuit

____Dean Bucci_____
(print or stamp Judge's name)

☐ § 17-10-7(a); ☐ § 17-10-7(c); ☐ § 16-7-1(b); ☐ § 16-8-14(b); or ☐ § _____.

## GENERAL CONDITIONS OF PROBATION

The Defendant is subject to arrest for any violation of probation. If probation is revoked, the Court may order incarceration. The Defendant shall comply with the following General Conditions of Probation: 1) Do not violate the criminal laws of any governmental unit and be of general good behavior. 2) Avoid injurious and vicious habits. 3) Avoid persons or places of disreputable or harmful character. 4) Report to the Probation Officer as directed and permit the Probation Officer to visit you at home or elsewhere. 5) Work faithfully at suitable employment insofar as may be possible. 6) Do not change your place of abode, move outside the jurisdiction of the Court, or leave Georgia without permission of the Probation Officer. If permitted to move or travel to another state, you agree to waive extradition from any jurisdiction where you may be found and not contest any effort by any jurisdiction to return you to this State. 7) Support your legal dependents to the best of your ability. 8) When directed, in the discretion of the Probation Officer: (a) submit to evaluations and testing relating to rehabilitation and participate in and successfully complete rehabilitative programming; (b) wear a device capable of tracking location by means including electronic surveillance or global positioning satellite systems; (c) complete a residential or nonresidential program for substance abuse or mental health treatment; and/or (d) agree to the imposition of graduated sanctions as defined by law. 9) Make restitution as ordered by the Court.

**FINE SURCHARGES or ADD-ONs:** The Court assesses all fine surcharges or add-ons as required by the laws of the State of Georgia and as are applicable to offense(s) for which the Defendant has been convicted.

1) The Court orders that: ☒ the Defendant shall pay the probation supervision fee as required by law; or ☐ the probation supervision fee is waived.
2) If counsel was provided under the Georgia Indigent Defense Act: ☒ the Defendant shall pay the $50 Public Defender Application Fee; or ☐ the Public Defender Application Fee is waived.
3) If counsel was provided at public expense: ☐ the Defendant shall pay attorney's fees of $_____ to _____ County; or ☐ attorney's fees are waived.
4) The Defendant shall pay the Crime Lab Fee as required by law.

## SPECIAL CONDITIONS OF PROBATION

The Defendant is advised that violation of any Special Condition of Probation may subject the Defendant to a revocation of probation and the Court may require the Defendant to serve up to the balance of the sentence in confinement. The Defendant shall comply with all Special Conditions of Probation: ☐ as designated on the attached Inventory of Special Conditions of Probation; or ☒ as follows: *(import conditions to be imposed from Inventory of Special Conditions of Probation)*.

## FIRST OFFENDER OR CONDITIONAL DISCHARGE
(If designated by the Court)

The Defendant consenting hereto, it is the judgment of the Court that no judgment of guilt be imposed at this time but that further proceedings are deferred and the Defendant is hereby sentenced to confinement at such institution as the Commissioner of the State Department of Corrections or the Court may direct, with the period of confinement to be computed as provided by law.

Upon violation of the terms of probation, upon conviction for another crime during the period of probation, or upon the Court's determination that the Defendant is or was not eligible for sentencing

State of Georgia v. **William Sampson Mcdew**
Criminal Action # **14CR551**
SC-6.2 Final Disposition Felony Sentence With Probation
Page 2 of 4

under the First Offender Act or for Conditional Discharge, the Court may enter an adjudication of guilt and proceed to sentence the Defendant to the maximum sentence as provided by law.

Upon fulfillment of the terms of this sentence, or upon release of the Defendant by the Court prior to the termination of this sentence, the Defendant shall stand discharged of said offense without court adjudication of guilt and shall be completely exonerated of guilt of said offense charged.

*For Court's Use:*

The Hon. <u>Brown</u>, Attorney at Law, represented the Defendant by: ☐ employment; or ☐ appointment.

**SO ORDERED** this <u>17th</u> day of <u>MARCH</u>, <u>2015</u>.

SENTENCE REVIEWED BY:

_Adam D. Brown_ for Karyn Boothe  444713
DEFENDANT'S ATTORNEY        BAR #

_[signature]_  324034
D.A. / ATTORNEY (ASST.)     BAR #

_[signature]_
Judge of Superior Court
Paulding Judicial Circuit

Dean Bucci
*(print or stamp Judge's name)*

**FIREARMS** – If you are convicted of a crime punishable by imprisonment for a term exceeding one year, or of a misdemeanor crime of domestic violence where you are or were a spouse, intimate partner, parent, or guardian of the victim, or are or were involved in another similar relationship with the victim, it is unlawful for you to possess or purchase a firearm including a rifle, pistol, or revolver, or ammunition, pursuant to federal law under 18 U.S.C. § 922(g)(9) and/or applicable state law.

**Acknowledgment:** I have read the terms of this sentence or had them read and explained to me. If all or any part of this sentence is probated I certify that I understand the meaning of the order of probation and the conditions of probation. I understand that violation of a special condition of probation could result in revocation of all time remaining on the period of probation.

_William McDew_
Defendant

# ADDENDUM TO SENTENCE SHEET REFLECTING SURCHARGES, ADD-ONS, AND FEES REQUIRED BY LAW

|  | COUNT 1 | COUNT 2 | COUNT | COUNT | COUNT | COUNT |
|---|---|---|---|---|---|---|
| COURT COST ................................. $00.00 |  |  |  |  |  |  |
| FINE ................................................ | $1,500.00 |  |  |  |  |  |
| POPIDF-A FUND (10% TO MAX) ........ $0.00 | 50.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| POPIDF-B FUND (10%) ..................... $0.00 | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| JAIL FEE (10%) ................................. $0.00 | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| DUI SURCHARGE (10%/$26 MAX) ..... |  |  |  |  |  |  |
| DATE SURCHARGE (50%) ................ |  |  |  |  |  |  |
| CRIME VICTIM ASSISTANCE (5%) ..... $0.00 | 75.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| LAW LIBRARY .................................... $0.00 |  |  |  |  |  |  |
| BSIT FUND (10%) **DUI'S ONLY** ......... |  |  |  |  |  |  |
| DETF (5%) ......................................... |  |  |  |  |  |  |
| TOTAL: COURT COSTS AND FINES ... $0.00 | $1,925.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PLUS CRIME LAB FEE ........................ |  |  |  |  |  |  |
| TOTAL TO CLERK OF COURT ........... $1,925.00 |  |  |  |  |  |  |

and a **PROBATION FEE** of _____ and **$9.00 G.C.V.E.F.** per month.

State of Georgia v. **William Sampson Mcdew**
Criminal Action # **14CR551**
SC-6.2 Final Disposition Felony Sentence With Probation
Page 4 of 4

# INVENTORY OF SPECIAL CONDITIONS OF PROBATION

These conditions are hereby incorporated into the Defendant's sentence by reference. The Defendant is advised that violation of any Special Condition of Probation may subject the Defendant to a revocation of the balance of the period of probation and the Defendant may be required to serve up to the balance of the sentence in confinement. *(Judge to designate conditions to be applied.)*

1. __X__  **The Court finds that the Defendant shall pay restitution** in the amount of $_____100_____ through the Probation Office for the benefit of the victim(s) _____, at a rate to be approved by the Court or the Probation Officer. **To be paid within 60 days**

2. __X__  **The Defendant shall report to the Probation Office** at ___250 Butler Industrial Drive____Dallas__ Georgia by no later than __24 hours within release__.

3. __X__  **The Defendant shall perform** _____50_____ **hours of community service** at the direction of the Probation Officer, to be completed within _____ days of this date, with transportation to be provided by the Defendant.

4. ____  The Defendant is sentenced under the provisions of the **Probation Management Act Sentencing Options System** with a: ☐ sanction cap of Probation Detention Center or Regional Substance Abuse Treatment Facility; or ☐ Court-designated sanction cap of _____.

5. ____  **Accountability Court referral.** The Defendant shall enter and complete the _____ Accountability Court and comply with all terms and conditions of that program.

6. ____  **Intensive Probation Supervision.** The Defendant is subject to Intensive Probation Supervision: ☐ with a curfew set by the Probation Officer; ☐ with home confinement; ☐ without home confinement; until released by proper authority. The Defendant will be provided with a copy of all rules and regulations, and those rules and regulations will be fully explained.

7. ____  **Detention Center, Diversion Center, or Boot Camp.** The Defendant shall serve _____ days in a: ☐ Detention Center  ☐ County Diversion Center  ☐ Boot Camp or ☐ _____. The Defendant shall be subject to the rules and regulations of the facility.
☐ The Defendant is sentenced to _____ in confinement, with that time suspended upon acceptance into the facility.
☐ Time spent in confinement awaiting acceptance into the facility shall be credited toward the time to be served at the facility.
☐ The Defendant may be at liberty until the date of acceptance into the facility.

State of Georgia v. ___William Sampson McDew_____
Criminal Action # ___14CR551_____
Page 1 of 5

8.___ **Regional Substance Abuse Treatment (RSAT) Facility.** The Defendant shall enter and complete a Regional Substance Abuse Treatment Program.
   ☐ The Defendant is sentenced to _____ in confinement, with that time suspended upon acceptance into the facility.

9.___ **Day Reporting Center.** The Defendant shall be assigned to a Day Reporting Center and shall be subject to all the rules and regulations of the facility.
   ☐ The Defendant is sentenced to _____ in confinement, with that time suspended upon acceptance into the facility.

10.___ **Fourth Amendment waiver.** The Defendant shall submit to a search of person, residence, papers, vehicle, and/or effects at any time of day or night without a search warrant, whenever requested to do so by a Probation Officer or other law enforcement officer upon reasonable cause to believe that the Defendant is in violation of probation or otherwise acting in violation of the law, and the Defendant shall specifically consent to the use of anything seized as evidence in any judicial proceedings or trial.

11.___ **Specimen; admissibility.** The Defendant shall produce from time to time upon oral or written request by a Probation Officer, a law enforcement officer, or official of a Georgia DHS-approved substance abuse or mental health provider personnel a breath, saliva, urine and/or blood specimen for analysis for the presence of drugs including alcohol. ☐ The Defendant shall waive evidentiary foundation for admissibility of the laboratory results.

12.__X_ **Limited or no contact.** The Defendant shall: ☐ stay _____ yards away from ☐ have no violent contact with ☐ have no contact of any kind, in person, or by telephone, mail, or otherwise, with _____ ☐ or with his/her family members ☐ and the Defendant shall not enter the premises of ___**Stay away from Walmart** unless for work related purposes . (BD)/MS

13.___ **Harassment, threats.** The Defendant shall not harass, threaten, intimidate, physically or verbally abuse, or harm the following person(s): _____.

14.___ **Family Violence Intervention Program (FVIP).** The Defendant has been convicted of a crime involving family violence and is required to participate in a Family Violence Intervention Program certified by the State.

15.___ **Records release.** The Defendant shall provide a release which allows the Probation Office to have access to all medical, clinical, treatment, attendance or work records, and for driving and criminal history.

State of Georgia v. ___William McDew_____
Criminal Action # ____14CR551_____
SC-6.4(B) Inventory of Special Conditions of Probation
Page 2 of 5

16.\_\_\_ **Evaluation and treatment.** The Defendant shall provide verification of evaluation and/or treatment for: ☐ mental health ☐ substance abuse ☐ clinical evaluation ☐ anger management ☐ cognitive skills training ☐ educational training or ☐ _____ at a State- or Court-approved provider at his/her own expense, and shall cooperate and comply with all rules and regulations of the treatment or program, including any aftercare deemed necessary.

17.\_\_\_ **12-step meetings.** The Defendant shall provide verification of attendance at _____ 12-step meetings or an equivalent per week for _____ consecutive ☐ weeks ☐ months ☐ years.

18.\_\_\_ **Diploma, GED, or training certificate.** The Defendant shall provide verification of completion of a high school diploma, GED, or vocational training certificate. In the event he/she does not have one, the Defendant shall attend all classes and work successfully toward obtaining a diploma, GED, or certificate during the period of probation ☐ and the Defendant shall provide verification of attendance.

19.\_\_\_ **Curfew.** The Defendant shall abide by any curfew established by the Probation Officer.

20.\_\_\_ **Bar order.** The Defendant shall not enter the confines of: ☐ _____ County or ☐ the _____ Judicial Circuit during the period of probation for any reason whatsoever.

21.\_\_\_ **Surrender driver's license.** The Defendant shall surrender any motor vehicle operator's license or permit to the Clerk pursuant to O.C.G.A. § 40-5-75.

22.\_\_\_ **Ignition interlock.** The Defendant shall have installed and maintain an ignition interlock device for six months in each motor vehicle registered or used by the Defendant. This period will begin when the Defendant has shown to the Court or to Probation Office certification that the Defendant's risk reduction program has been completed and that the ignition interlock system(s) has been installed. This provision shall not allow a defendant to drive whose license is under suspension.

23.\_\_\_ **Electronic monitoring device.** The Defendant shall submit to: ☐ an alcohol monitoring device ☐ voice verification monitoring ☐ an electronic monitoring device ☐ a GPS monitoring device ☐ a SCRAM monitoring device for a period of: _____ ☐ weeks ☐ months ☐ years. ☐ The Defendant is required to have the device installed prior to release from custody.

State of Georgia v. \_\_\_William McDew_____
Criminal Action # \_\_\_\_14CR551_____
SC-6.4(B) Inventory of Special Conditions of Probation
Page 3 of 5

24.___ **Administrative or terminated probation.** The Defendant's probation sentence shall: ☐ become administrative  ☐ terminate upon full and timely payment of all sums due hereunder and compliance with all Conditions of Probation, including Special Conditions of Probation.

25.___ **DNA sample.** The Defendant has been convicted of a felony offense. In accordance with O.C.G.A. § 35-3-160, the Defendant shall provide a DNA sample.

26.___ **Sex offender special conditions.** The Defendant is subject to Special Conditions of Probation as a sex offender. These conditions are described more fully on separate pages which are incorporated into this sentence by reference.

27.___ **Offense against a minor or dangerous sexual offense special conditions.** The Defendant is subject to Special Conditions of Probation under O.C.G.A. § 42-8-35(b), as a person who has been convicted of a criminal offense against a minor or a dangerous sexual offense as defined in O.C.G.A. § 42-1-12. These conditions are described more fully on a separate page which is incorporated into this sentence by reference.

28.___ **Stalking or aggravated stalking special conditions.** The Defendant is subject to Special Conditions of Probation for violation of O.C.G.A. §§ 16-5-90 or 16-5-91. These conditions are described more fully on a separate page which is incorporated into this sentence by reference.

29.___ **Street gang activity.** The Defendant has been convicted of a violation of the Georgia Street Gang Terrorism and Prevention Act and shall not knowingly have contact of any kind or character with any other member or associate of a criminal street gang, shall not participate in any criminal gang activity, and, if this case involved a victim, shall not knowingly have contact of any kind or character with any such victim or any member of any such victim's family or household.

30.___ **Special probation for drug offense.** The Defendant has been convicted of a drug offense in violation of O.C.G.A. § 16-13-30(b), § 16-13-30(d) or § 16-13-31 and is subject to a special term of probation of three years in addition to the term of imprisonment imposed by the Court. If this is a second violation, the special term of probation shall be six years in addition to the term of imprisonment.

31.___ **Testify truthfully.** The Defendant shall not refuse to testify, but shall testify fully and truthfully as to all circumstances of this case and any related matters.

State of Georgia v. ___William McDew_____
Criminal Action # ____14CR551_____
SC-6.4(B) Inventory of Special Conditions of Probation
Page 4 of 5

32.___ **Avoid alcohol, drug use.** The Defendant shall: ☐ not consume alcoholic beverages, and not use narcotics or dangerous drugs unless lawfully prescribed ☐ not associate with anyone who uses or possesses illegal drugs ☐ not occupy any residence or vehicle where alcohol or illegal drugs are present ☐ not consume alcohol and operate a motor vehicle ☐ not go to establishments that serve alcohol.

33.___ **Contagious disease.** The Defendant shall submit to evaluation and provide proof of treatment as required by any governmental unit for any contagious communicable disease constituting a public health risk.

**Other special condition(s).** The Defendant shall abide by the following additional special condition(s): _____

_____

_____

_____

**SO ORDERED** this ___17th___ day of _____March_____, 2015.


Dean Bucci
Judge of Superior Court
Paulding Judicial Circuit

_(print or stamp Judge's name)_

**Acknowledgment:** I have read the terms of this document or had them read and explained to me. I understand that violation of a special condition of probation could result in revocation of all time remaining on the period of probation.

William McDew
Defendant

State of Georgia v. ___William McDew___
Criminal Action # ____14CR551____
SC-6.4(B) Inventory of Special Conditions of Probation
Page 5 of 5

IN THE SUPERIOR COURT OF PAULDING COUNTY
STATE OF GEORGIA

STATE OF GEORGIA
VS.                             CASE NO. 14-CR-551

William McDew
**Defendant**

## PLEA PROCEEDING RECORD
*(PLEASE READ CAREFULLY)*

I, the Defendant, acknowledge by my execution of this document and by entering a plea of (GUILTY) to counts 1, 2, 3 (NOLO CONTENDERE) to counts _____ that:

**Please Initial:** NP 4-7

- WM (1) I understand the nature of the charge(s) against me;
- WM (2) I waive the right to trial, including trial by jury;
- WM (3) I waive the presumption of innocence;
- WM (4) I waive the right to confront witnesses against myself;
- WM (5) I waive the right not to incriminate myself; and I understand that if I plead not guilty or remain silent and do not enter any plea, I could obtain a jury trial and my right to remain silent could not be held against me;
- WM (6) I waive the right to subpoena witnesses;
- WM (7) I waive the right to testify and to offer other evidence;
- WM (8) If I am not represented by counsel, I acknowledge that I have the right to an attorney, and if I cannot afford an attorney I have the right to a court appointed attorney;
- WM (9) I acknowledge that I enter this plea freely, voluntarily, and knowingly and that no person has made any promise or threat to me to influence my decision to enter this plea;
- WM (10) I acknowledge that if I plead guilty, I am admitting that the facts support the guilty plea;
- WM (11) I acknowledge that if I am not a citizen of the United States, that this plea may have an impact on my immigration status, including deportation, exclusion or denial of naturalization.
- WM (12) I have been advised that for all of the charges pending against me I can receive a *maximum* of a $60,000 fine and ~~60~~ years/months incarceration and a *minimum* of $5,000 fine and 5 years/months incarceration.
- WM (13) I understand that the terms of this ✓ negotiated plea or ___ non-negotiated plea are 5 (years) ___ (months) and ___ (days) incarceration (CTS/RTS) 28 (years) ___ (months) and ___ (days) probation, and a $1500 fine for count(s) 1-3 plus statutory surcharges. Early term after 3 years
- WM (14) I have (four years/felony), (one year/misdemeanor), or (180 days/traffic offense) in order to file a habeas corpus challenge, ~~pursuant to O.C.G.A. 9-14-42.~~
- WM (15) I understand that any person convicted of a misdemeanor crime of domestic violence is prohibited by federal law from possessing or transporting a firearm or ammunition 18 USC 922.
- WM (16) I understand that this plea of guilty or nolo contendere may adversely affect any sentence of probation or parole.
- WM (17) I am not now under the influence of alcohol or any drug, prescription or non-prescription, and I have read and understand this document.
- WM (18) I understand that by entering a guilty plea I am giving up the right to appeal to a higher court any errors that may occur at a trial, and it is unlikely that my plea will cause an appealable issue. I also understand that any motion to withdraw this guilty plea must be filed within this term of court. In Paulding County, the terms of court begin on the second Monday of January and July respectively.
- WM (19) I have discussed the facts of my case, my legal rights, and the consequences of this guilty plea with my attorney, and I am completely satisfied with his/her services as my attorney in this matter. My attorney is Karyn Bost
- WM (20) I have read this entire form or have had someone read it to me, and I understand the consequences of this guilty plea.

(F) 50 hrs community service
(F) $100 restitution to be paid to Wal-Mart within 60 days

_____ 376487       William McDew
**DEFENDANT'S ATTORNEY/BAR NO.**        **DEFENDANT**
Karyn Bost

I hereby certify that I have made inquiry and am satisfied that there is a factual basis to support this Defendant's plea, that the plea is made voluntarily and knowingly, and that no promise, threat or force was used to induce the Defendant to enter this plea.

This 17 day of March, 2015.

_____
**JUDGE, SUPERIOR COURT OF PAULDING COUNTY**
Dean Bucci

Revised 8/13

Filed in open court, this 17 day of March, 2015
Deputy Clerk: [signature]

WITNESSES:

Brian Acree
Donald Roberts (former Officer at HPD)
Mike Wilson
Josh Lonergan
  Hiram Police Department
  217 Main St.
  Hiram, GA 30141
  Main Office: 770-943-3087
  HPD case # 2012-06-105

Randall D Foley
Brian C Osborne
  Cobb Co. Police Department
  140 N. Marietta Parkway
  Marietta, GA 30060
  Work Phone: 770-499-3900

James Joseph Herndon, III
Latasha McGarrity
  Cobb County Sheriff's Office
  185 Roswell Road
  Marietta, GA 30090
  Main Office: 770-499-4765

SA Mark Lewis
  U.S. Secret Service (Atlanta Office)
  401 West Peachtree Street
  Suite 2900
  Atlanta, GA 30308
  Email Address: mark.lewis@usss.dhs.gov
  Main Office: 404-331-6111

Melinda Lamb
Tim Singleton
  Wal-Mart: Asset Protection Dept.
  4166 Jimmy Lee Smith Parkway
  Hiram, GA 30141
  Main Office: (770) 439-1028

Andrew Robbins
  Wal-Mart : Asset Protection
  210 Cobb Parkway S
  Marietta, GA 30060-6509

Kia Roberts Smith
a/k/a Kia Letitta Roberts
  DOB, 3/11/1975

Telicia Lavonda Taylor
  DOB, 1/14/1976

Manuel Cruz Ruiz
  DOB, 2/5/1982
  855 Mount Zion Road
  Jonesboro, GA 30236

INDICTMENT

CASE NO.     14-CR-551
DOCKET NO.        2014

SUPERIOR COURT
PAULDING COUNTY, GEORGIA
JANUARY TERM 2014

THE STATE OF GEORGIA
VS.
WILLIAM SAMPSON MCDEW

Ct. 1: Forgery in the First Degree
Ct. 2: Forgery in the First Degree
Ct. 3: Forgery in the First Degree
Ct. 4: Theft by Taking
Ct. 5: Violation of Racketeer Influenced and Corrupt Organizations Act
Ct. 6: Violation of Racketeer Influenced and Corrupt Organizations Act
Ct. 7: Forgery in the Second Degree

_____True_____ BILL

_Amy Plunkett_
FOREPERSON
DONALD R. DONOVAN
DISTRICT ATTORNEY
Returned in open Court by Grand Jury
On __MAY 12, 2014__

_Treva W. Shelton_
TREVA W. SHELTON
CLERK SUPERIOR COURT

| | |
|---|---|
| The defendant herein waives copy of Indictment, list of witnesses, formal arraignment, and | The defendant herein waives copy of Indictment, list of witnesses, formal arraignment, and |
| Pleads ✓ Guilty On Date: 3-17-15 | Pleads _____ Guilty On Date: _____ |

_(signature)_

**DONALD R. DONOVAN**
**DISTRICT ATTORNEY**

**DONALD R. DONOVAN**
**DISTRICT ATTORNEY**

_William McBew_
**DEFENDANT**

**DEFENDANT**

_Allison Pheaa for Karyn Brothe_
**ATTORNEY FOR DEFENDANT**

**ATTORNEY FOR DEFENDANT**

IN SUPERIOR COURT
JANUARY TERM 2014
PAULDING COUNTY, GEORGIA

THE GRAND JURORS selected, chosen and sworn for PAULDING COUNTY, GEORGIA
to-wit:

1. Foreperson: ~~ALESHA PAIGE JONES~~
2. GARY PLUNKETT
3. CHELSIE BRANDIS PRATHER
4. ~~VIOLETA ANNE STRONG~~
5. ~~CHARLES MARCUS MILLS~~
6. ~~NATHAN ADAM CRIM~~
7. CAROL JOYCE ROBINSON
8. ~~TIMOTHY EUGENE ODOM, JR.~~
9. KAYLA ELAINE TURNER
10. BRIAN KEITH WALDRON
11. JOHN ERIC GUNCKEL, JR
12. ROBERT C NEW
13. GLADYS T SIMMONS
14. DONALD LEE BRIMMER, JR
15. WILLIAM A GRISWELL
16. KATHLEEN L BUSKE
17. ~~KENNETH TRAMMELL~~
18. ~~SANDRA O LONG~~
19. KATHY IRENE HIERS
20. MALINDA ANN SCOGGINS
21. ~~TORRIN TERRELL FRENCH~~
22. SHIRLEY M KENNEDY
23. ~~TIMOTHY LADD BRAWNER~~
24. JAMES ANDREW HAINLEY
25. JOELENE FRANCIS WELLS
26. DEBORAH HURLEY



THE GRAND JURORS selected, chosen and sworn for PAULDING COUNTY, GEORGIA charge and accuse WILLIAM SAMPSON MCDEW with the offense of FORGERY IN THE FIRST DEGREE for that the said accused, in Paulding County, Georgia, on and about the 10th day of June, 2012, unlawfully and with the intent to defraud, did knowingly possess a certain writing, to wit: one (1) bill purporting to be a fifty dollar bill in United States currency, in such a manner that the writing as made and altered purports to have been made by authority of the United States Treasury Department, who has not given such authority, and the Accused did utter and deliver said writing, and said writing is different from those writings described by Count 2 and Count 3 of this Indictment, in violation of O.C.G.A. 16-9-1, contrary to the laws of said State, the good order, peace and dignity thereof.

DONALD R. DONOVAN
District Attorney

---

COUNT NO. 2

THE GRAND JURORS selected, chosen and sworn for PAULDING COUNTY, GEORGIA further charge and accuse WILLIAM SAMPSON MCDEW with the offense of FORGERY IN THE FIRST DEGREE for that the said accused, in the County aforesaid, on and about the 10th day of June, 2012, unlawfully and with the intent to defraud, did knowingly possess a certain writing, to wit: one (1) bill purporting to be a fifty dollar bill in United States currency, in such a manner that the writing as made and altered purports to have been made by authority of the United States Treasury Department, who has not given such authority, and the Accused did utter and deliver said writing, and said writing is different from those writings described by Count 1 and Count 3 of this Indictment, in violation of O.C.G.A. 16-9-1, contrary to the laws of said State, the good order, peace and dignity thereof.

DONALD R. DONOVAN
District Attorney

---

COUNT NO. 3

THE GRAND JURORS selected, chosen and sworn for PAULDING COUNTY, GEORGIA further charge and accuse WILLIAM SAMPSON MCDEW with the offense of FORGERY IN THE FIRST DEGREE for that the said accused, in the County aforesaid, on and about the 10th day of June, 2012, unlawfully and with the intent to defraud, did knowingly possess a certain writing, to wit: one (1) bill purporting to be a fifty dollar bill in United States currency, in such a manner that the writing as made and altered purports to have been made by authority of the United States Treasury Department, who has not given such authority, and the Accused did utter and deliver said writing, and said writing is different from those writings described by Count 1 and Count 2 of this Indictment, in violation of O.C.G.A. 16-9-1, contrary to the laws of said State, the good order, peace and dignity thereof.

DONALD R. DONOVAN
District Attorney

COUNT NO. 4
THE GRAND JURORS selected, chosen and sworn for PAULDING COUNTY, GEORGIA further charge and accuse WILLIAM SAMPSON MCDEW with the offense of THEFT BY TAKING for that the said accused, in the County aforesaid, on and about the 10th day of June, 2012, did unlawfully take property of another, to wit: United States currency and merchandise, with a value less than $500, which belonged to Wal-Mart Stores, Inc., doing business as and known as Wal-Mart, with the intention of depriving said owner of said property by passing a counterfeit fifty dollar bill in exchange for merchandise and non-counterfeit United States currency, in violation of O.C.G.A. 16-8-2, contrary to the laws of said State, the good order, peace and dignity thereof.

DONALD R. DONOVAN
District Attorney

COUNT NO. 5
THE GRAND JURORS selected, chosen and sworn for PAULDING COUNTY, GEORGIA further charge and accuse WILLIAM SAMPSON MCDEW with the offense of VIOLATION OF RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT for that the said accused, in the County aforesaid, on and about the 10th day of June, 2012, through a pattern of racketeering activity and through the proceeds of a pattern of racketeering activity, did aquire an interest in and control of personal property by acting in concert with Kia Roberts Smith, a/k/a Kia Letitta Roberts, and Telicia Lavonda Taylor for the purpose of committing acts that constituted Forgery and Theft by Taking by going to the retail establishment known as Wal-Mart with Kia Roberts Smith, a/k/a Kia Letitta Roberts, and Telicia Lavonda Taylor and, acting together with said persons, unlawfully and knowingly exchanging counterfeit money for merchandise and non-counterfeit United States currency while the Accused and said persons were at said retail establishment, in violation of O.C.G.A. 16-14-4, contrary to the laws of said State, the good order, peace and dignity thereof.

DONALD R. DONOVAN
District Attorney

COUNT NO. 6
THE GRAND JURORS selected, chosen and sworn for PAULDING COUNTY, GEORGIA further charge and accuse WILLIAM SAMPSON MCDEW with the offense of VIOLATION OF RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT for that the said accused, in the County aforesaid, on and about the 10th day of June, 2012, did unlawfully conspire with Kia Roberts Smith, a/k/a Kia Letitta Roberts, and Telicia Lavonda Taylor to commit acts that constitute the offense of Violation of Racketeer Influenced and Corrupt Organizations Act, in violation of Subsection (a) of Code Section 16-14-4 of the Official Code of Georgia, in order to acquire and maintain, directly and indirectly, an interest in and control of personal property, including money, that belonged to the retail establishment known as Wal-Mart and that belonged to other businesses, by unlawfully conspiring to go to Wal-Mart stores and unlawfully purchase with counterfeit 50 dollar bills merchandise and, thereby, unlawfully obtain said merchandise and obtain non-counterfeit United States currency that belonged to said retail establishment, and by unlawfully conspiring to go to other businesses and unlawfully purchase with counterfeit 50 dollar bills goods and, thereby, unlawfully obtain said goods and obtain non-counterfeit United States currency, in violation of O.C.G.A. 16-14-4(c), contrary to the laws of said State, the good order, peace and dignity thereof.

DONALD R. DONOVAN
District Attorney

COUNT NO. 7
THE GRAND JURORS selected, chosen and sworn for PAULDING COUNTY, GEORGIA further charge and accuse WILLIAM SAMPSON MCDEW with the offense of FORGERY IN THE SECOND DEGREE for that the said accused, in the County aforesaid, on and about the 10th day of June, 2012, unlawfully and with the intent to defraud, did knowingly possess a certain writing, to wit: a bill purporting to be a fifty dollar bill in United States Currency, in such a manner that the writing as made and altered purported to have been made by authority of the United States Treasury Department, who did not give such authority, in violation of O.C.G.A. 16-9-1, contrary to the laws of said State, the good order, peace and dignity thereof.

DONALD R. DONOVAN
District Attorney